IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMEERAH T WARE ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL ) | |
| SERVICES USA LLC ) | Case No.: 24-12064 (PMM) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date:  7-24-24 at 1:00 PM** |
| ) | |
| JAMEERAH T WARE ) | 11 U.S.C. 362 |
| **Respondent** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2023 Mercedes-Benz GLE350W4** bearing vehicle identification number 4JGFB4KB5PA964202 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately** without regard to Bankr. R. 4001(a)(3).

Date:   **July 24, 2024**

_Patricia M. Mayer_
_____
UNITED STATES BANKRUPTCY JUDGE