**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                          :    Br. No. 24-12064
JAMEERAH WARE                   :
        Debtor.                 :    Chapter 13
```

**O R D E R**

AND NOW, this 24th day of July, 2024, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Timothy Zearfoss, Esquire, and after hearing held thereon, it is ORDERED and DECREED that:

The motion is granted.

BY THE COURT:

*Patricia M. Mayer*
_____
                                    J.